UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.                                          No. 06-cr-402 (JNE/JSM)
                                          ORDER

Pablo Enrique Gil-Lopez,

        Defendant.

---

Defendant Pablo Enrique Gil-Lopez has filed a pro se motion under 18 U.S.C. § 3582(c)(2) seeking a reduction in his sentence based on Amendment 782 to the United States Sentencing Guidelines. ECF No. 25. Amendment 782 took effect on November 1, 2014, but no court may "order a reduced term of imprisonment based on [it] unless the effective date of the court's order is November 1, 2015, or later." U.S.S.G. § 1B1.10(e)(1).

As the Government has explained, "[it] is anticipated that hundreds of sentence reduction requests under 18 U.S.C. § 3582(c)(2), based upon Amendment 782, will be filed in this District." Letter to District Judge at 2, ECF No. 26. To ensure the orderly handling and proper prioritization of those motions, "[a] review process has been established for the screening of cases to determine eligibility for sentence reductions . . . ." *Id.*

To allow that review process to take its course, Gil-Lopez's pro se motion is denied without prejudice and the Court appoints the Office of the Federal Defender to represent him in this matter. If, after Gil-Lopez's case has been screened, the Federal Defender declines to file a motion for a sentence reduction on his behalf, Gil-Lopez may refile his motion pro se.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendant's Pro Se Motion to Reduce Sentence [ECF No. 25] is DENIED WITHOUT PREJUDICE.

2. The Office of the Federal Defender is APPOINTED to represent the Defendant.

Dated: December 1, 2014

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge